# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-19-404-D |
| ) | |
| THOMAS S. JOHNSON, SR., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Thomas S. Johnson's Motion to File Sentencing Memorandum and Request for Variance Under Seal [Doc. No. 150]. Upon consideration, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Johnson's Sentencing Memorandum and Request for Variance shall be filed under seal so as to not become a matter of public record, until further order of the Court.

**IT IS SO ORDERED** this 13th day of May, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge